COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-392-
CV

IN RE BEN E. KEITH COMPANY   RELATOR

D/B/A BEN E. KEITH FOODS 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's emergency petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's emergency petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL A
: CAYCE, C.J.; LIVINGSTON and MCCOY, JJ.

MCCOY, J. would request a response.

DELIVERED: December 14, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.